Glenn R. Kantor – SBN: 122643
 E-mail: gkantor@kantorlaw.net
Alan E. Kassan – SBN: 113864
 E-mail: akantor@kantorlaw.net
Andrew M. Kantor – SBN 303093
 E-mail: akantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
SUSAN MULLIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MULLIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN INCOME LIFE INSURANCE COMPANY,<br><br>　　　　　Defendants. | **CASE NO. 17-cv-05223-RS**<br><br>**STIPULATION TO CONTINUE DATES AS MODIFIED BY THE COURT** |

　　　　Plaintiff and defendants, by and through their respective counsel of record, hereby stipulate as follows:

　　　　Whereas, the discovery cut-off date is presently set for December 7, 2018;

　　　　Whereas, events (deemed critical to the resolution of the case by Plaintiff) took place after the filing of the Plaintiff's complaint and Defendant's answer, which altered the nature of the dispute;

　　　　Whereas, additional discovery is required by both parties to properly litigate this dispute;

　　　　Whereas, the parties also have reignited settlement discussions and will be mediating this case, and are in the process of agreeing on a mediator and satisfactory date;

　　　　Whereas, the parties are desirous of continuing all discovery deadlines for ninety (90) days as follows:

- All non-expert discovery to be completed by March 7, 2019;
- Parties to designate experts according to FRCP 26(a)(2) by February 5, 2019
- Parties to designate supplemental and rebuttal experts according to FRCP 26(a)(2) by March 7, 2019
- Parties to complete all expert discovery according to 26(b)(4) by April 7, 2018;

Whereas, the parties are further desirous of continuing the trial dates accordingly:

- Final pretrial conference to be held on ~~May 23, 2019~~ **June 26, 2019**.
- Jury trial to commence on ~~June 10, 2019~~ **July 8, 2019**.

IT IS SO STIPULATED and respectfully submitted by counsel listed below.

Dated:                      KANTOR & KANTOR, LLP

By_____
    Andrew M. Kantor
    Glenn R. Kantor
    Attorneys for Plaintiff
    SUSAN MULLIN

Dated:                      HINSHAW & CULBERTSON LLP

By: _____
    Royal F. Oakes
    Attorneys for Defendant
    AMERICAN INCOME LIFE INSURANCE COMPANY

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Andrew M. Kantor hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

## ORDER

Having reviewed the parties' Stipulation to Continue the Discovery Cutoff Date, and for Good Cause Shown,

IT IS HEREBY ORDERED as follows:

That the cutoff date for discovery will be continued an additional ninety (90) days from December 7, 2018 to March 7, 2019.

DATED: November 8, 2018

_____
Honorable Richard Seeborg
U.S. District Court Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525