UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MULLIN, <br>     Plaintiff, <br> v. <br> AMERICAN INCOME LIFE INSURANCE COMPANY, <br>     Defendant. | Case No. 17-cv-05223-RS <br><br> **STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **July 11, 2019**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 18, 2019, at 1:30 p.m.** in Courtroom 3, 17th Floor of the San Francisco Courthouse and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: May 23, 2019

_____
Richard Seeborg
United States District Judge