1  ROYAL F. OAKES (SBN 080480)
   roakes@mail.hinshawlaw.com
2  MICHAEL A.S. NEWMAN (SBN 205299)
   mnewman@hinshawlaw.com
3  Hinshaw & Culbertson LLP
   633 West 5th Street, 47th Floor
4  Los Angeles, CA 90071-2043
   Telephone:  213-680-2800
5  Facsimile:  213-614-7399

6  Attorneys for Defendant
   AMERICAN INCOME LIFE INSURANCE COMPANY
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10 SUSAN MULLIN,                          Case No. 17-cv-05223-RS

11          Plaintiff,                    (Honorable Richard Seeborg)

12     vs.                               **STIPULATION FOR
                                          DISMISSAL WITH PREJUDICE;**
13 AMERICAN INCOME LIFE INSURANCE         **[PROPOSED] ORDER
   COMPANY,                               THEREON**
14
                                          Courtroom:  3
15          Defendants.
                                          Complaint Filed:   9/8/17
16

17

18

19

20

21

22

23

24

25

26

27

28

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800
                                          STIPULATION FOR DISMISSAL
                                          Case No. 17-cv-05223-RS
                                          303998447v1 1002483

**STIPULATION**

IT IS HEREBY STIPULATED by and between Defendant American Income Life Insurance Company and Plaintiff Susan Mullin and through their respective counsel, that the above-referenced action be, and is hereby, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party to bear their own fees and costs.

DATED: July 9, 2019             HINSHAW & CULBERTSON LLP

By: /s/ Royal F. Oakes
    ROYAL F. OAKES
    MICHAEL A.S. NEWMAN
    Attorneys for Defendant
    AMERICAN INCOME LIFE
    INSURANCE COMPANY

DATED: July 9, 2019             KANTOR & KANTOR LLP

By: /s/ Glenn R. Kantor
    GLENN R. KANTOR
    ALAN E. KASSAN
    ANDREW M. KANTOR
    Attorneys for Plaintiff
    SUSAN MULLIN

Pursuant to Local Rule 5-1(i)(3), I, Royal F. Oakes, hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1

STIPULATION FOR DISMISSAL
Case No. 17-cv-05223-RS
303998447v1 1002483

# ~~PROPOSED~~ ORDER

Having reviewed the parties' stipulation, the case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).


Date 7/10/19 _____        _____

RICHARD SEEBORG
United States District Judge

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON

Case No. 17-cv-05223-RS

303998447v1 1002483